

United States District Court
Middle District of Florida
401 West Central Boulevard, Suite 5750
Orlando, Florida 32801-0575

Gregory A. Presnell
United States District Judge

June 22, 2010

407-835-4301

The Honorable Bobby R. Baldock
Chair, Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC 20544

Re:   Calendar Year 2009 filing

Dear Judge Baldock:

In response to your inquiry regarding my position as "president" of "residential homeowners association," that association is known as ▓▓▓▓▓▓▓▓▓▓▓



GAP/tkw

RECEIVED 2010 JUN 29 A 8: 47 FINANCIAL DISCLOSURE OFFICE

| AO 10<br>Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2009** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Presnell, Gregory A. | 2. Court or Organization<br><br>Middle Dist/FL, Orlando Div. | 3. Date of Report<br><br>4/30/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>401 West Central Blvd.<br>Suite 5750<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President | Residential Homeowners Association |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2010 MAY -6 A 10: 55<br>FINANCIAL DISCLOSURE OFFICE<br>RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Akerman, Senterfitt & Eidson law firm compensation |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. J. Thomas Cardwell | Lodging and car rental in Fresny, France | $1,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Account #1 (GP) | A | Interest | K | T | | | | | |
| 2. SunTrust Bank Account #2 | A | Interest | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. Brokerage Account (MS-GP) | | | | | | | | | |
| 5. Nuveen Mun. Value Fund | A | Interest | K | T | | | | | |
| 6. Liquid Asset Fund | A | Interest | J | T | | | | | |
| 7. Cape Coral Bd. | A | Interest | | | Redeemed | 12/01/09 | J | A | |
| 8. I Shares Emer. Mkt | A | Dividend | J | T | | | | | |
| 9. S&P Nat. Resource (Note 1) | A | Dividend | J | T | | | | | |
| 10. I Shares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 11. I Shares Russ. 2000 | A | Dividend | J | T | Sold (part) | 7/29/09 | J | A | |
| 12. I Shares Russ. 1000 | A | Dividend | J | T | | | | | |
| 13. Amex S&P 500 | A | Dividend | J | T | | | | | |
| 14. iShares Barclay's Tips Bd fd (Note 1) | A | Dividend | J | T | | | | | |
| 15. Vanguard Consumer St. | A | Dividend | J | T | | | | | |
| 16. Vanguard TTL Stk. Mkt. | A | Dividend | J | T | | | | | |
| 17. iShares Barclays Agg. Bd. Fd | A | Dividend | J | T | Buy | 07/31/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. Brokerage Account (MS▓) | | | | | | | | | |
| 25. Nuveen Mun. Value Fund | B | Dividend | K | T | | | | | |
| 26. Liquid Asset Fund | A | Dividend | M | T | | | | | |
| 27. MSDW Global Div. Gr. | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |
| 28. Putnam U.S. Gov't | A | Dividend | K | T | | | | | |
| 29. U.S. Gov't Sec. | A | Dividend | J | T | | | | | |
| 30. Amex S&P 500 | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |
| 31. 1 Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 32. I Shares Russell 1000 Val. | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |
| 33. Broward Co. W&S Bd. | A | Interest | J | T | | | | | |
| 34. Alliance Berger Muni-Fi | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allianz Sm. Cap | A | Dividend | J | T | | | | | |
| 36. Templeton Foreign Fd. | A | Dividend | J | T | | | | | |
| 37. Hernando Cty Bd. | A | Interest | J | T | | | | | |
| 38. Hillsborough Cty Bd. | A | Interest | | | Redeemed | 10/01/09 | J | A | |
| 39. I Shares Russ. 2000 | A | Dividend | J | T | | | | | |
| 40. I Shares MSCI Emer. | A | Dividend | K | T | | | | | |
| 41. I Shares Barclays Tips (Note 1) | B | Dividend | K | T | | | | | |
| 42. S&P Nat. Resource (Note 2) | A | Dividend | K | T | Buy | 01/26/07 | J | | |
| 43. I Shares MSCI EAFE | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |
| 44. Fidelity NASDAQ | A | Dividend | J | T | | | | | |
| 45. I Shares S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 46. I Shares DJ Select | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |
| 47. Lee Co. Bond | A | Interest | J | T | | | | | |
| 48. Mia-Dade Bond | A | Interest | K | T | | | | | |
| 49. iShares IBOXX | B | Dividend | K | T | | | | | |
| 50. Vanguard Con. St. ETF | A | Dividend | K | T | | | | | |
| 51. Boca Raton Bd. | A | Interest | | | Redeemed | 8/15/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   Hawaii Bd. | A | Interest | J | T | | | | | |
| 53.   FSU Bd. | A | Interest | J | T | | | | | |
| 54.   A. iShars Barlcays Agg. Bd. Fd. | B | Dividend | K | T | Buy | 07/30/09 | K | | |
| 55.   iShares Barclays Agg. Bd. Fd. 3-7 Yr. Treas. | B | Dividend | K | T | Buy | 7/30/09 | K | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61.   Fidelity GP Trust (Note 3) | | | | | | | | | |
| 62.   Vanguard Prime MM Fund & Cash | A | Dividend | M | T | | | | | |
| 63.   Vanguard Total Bond Mkt. | A | Dividend | L | T | | | | | |
| 64.   Vanguard Fl. Tax Exempt | A | Dividend | L | T | | | | | |
| 65.   Vanguard Asset Alloc. | A | Dividend | | | Sold | 11/06/09 | K | B | |
| 66.   Vangiard Euro Stock Index | A | Dividend | J | T | | | | | |
| 67.   Vanguard Health Care | A | Dividend | K | T | | | | | |
| 68.   Vanguard Reit Index | A | Dividend | | | Sold | 11/06/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. Vanguard Sm Cap. Index | A | Dividend | K | T | | | | | |
| 70. Vanguard Tax-Managed G&I | A | Dividend | K | T | | | | | |
| 71. Vanguard Tax-Managed Inter'l | A | Dividend | K | T | | | | | |
| 72. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 73. Vanguard GNMA Fund | A | Dividend | K | T | | | | | |
| 74. Vanguard Inter-Term Bd. Index | A | Dividend | K | T | | | | | |
| 75. Vanguard Short-Term Bd. Index | A | Dividend | J | T | | | | | |
| 76. Vanguard Strat. Equity | A | Dividend | | | Sold | 11/06/09 | K | A | |
| 77. Vanguard Emerging Mkt. Stock Index | B | Dividend | K | T | | | | | |
| 78. Vanguard Tips Bd. | A | Dividend | L | T | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. Fidelity CB Trust (Note 3) | | | | | | | | | |
| 85. Vanguard Mid-Cap | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Prime MM Fd. | A | Dividend | M | T | | | | | |
| 87. Vanguard Emerging Mkts Stock Index | A | Dividend | K | T | | | | | |
| 88. Vanguard Equity Income Fd. | A | Dividend | K | T | | | | | |
| 89. Vanguard Global Equity Fd. | A | Dividend | K | T | | | | | |
| 90. Vanguard 500 Index Fd. | A | Dividend | K | T | | | | | |
| 91. Vanguard Sm. Cap. Index Fd. | A | Dividend | K | T | | | | | |
| 92. Vanguard Windsor II Fd. | A | Dividend | K | T | | | | | |
| 93. Vanguard Total Bond Mkt. Index | A | Dividend | L | T | | | | | |
| 94. Vanguard Inflation Protected Sec. | A | Dividend | L | T | | | | | |
| 95. Vanguard Fl. L.T. Tax Ex. | A | Dividend | L | T | | | | | |
| 96. Vanguard Select Val. Fd. | A | Dividend | K | T | | | | | |
| 97. Vanguard Sm Cap. Val. Index (Note 6) | A | Dividend | J | T | | | | | |
| 98. Vanguard Inter. Term Tax Ex. | A | Dividend | L | T | | | | | |
| 99. Vanguard Inter. Term. Bd. Ind. | A | Dividend | L | T | | | | | |
| 100. Vanguard Asset Allocation Fd. | A | Dividend | | | Sold | 11/06/09 | J | A | |
| 101. iShares MSCI Emer. Mkt. Index | A | Dividend | J | T | Buy | 11/27/09 | J | | |
| 102. LevThold Asset Alloc. | A | Dividend | K | T | Buy | 11/27/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco Unconstrained Bd. Fd. | A | Dividend | K | T | Buy | 11/23/09 | L | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. Vanguard Annuity | | | | | | | | | |
| 110. Money Market | | None | J | T | | | | | |
| 111. Total Bond Market | | None | K | T | Buy | 07/30/09 | J | | |
| 112. Short Term Corp. | | None | J | T | | | | | |
| 113. Diversified Value | | None | J | T | Sold (part) | 07/30/09 | J | A | |
| 114. Equity Income | | None | J | T | Sold (part) | 07/30/09 | J | A | |
| 115. Equity Index | | None | J | T | | | | | |
| 116. Growth | | None | J | T | Sold (part) | 07/30/09 | J | A | |
| 117. Mid-Cap Index | | None | J | T | | | | | |
| 118. Small Co. Growth | | None | J | T | | | | | |
| 119. International | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Total Stock Mkt. Index | | None | J | T | Sold (part) | 07/30/09 | J | A | |
| 121. | | | | | | | | | |
| 122. Boggy Creek Ltd.-Orange County, FL | A | Distribution | K | W | | | | | |
| 123. Jetport Ltd., Orange County, FL | | None | M | W | | | | | |
| 124. Wetherbee Ltd., Orange County, FL | | None | N | W | | | | | |
| 125. Airport Industrial, Ltd., Orange County, FL | | None | M | W | | | | | |
| 126. | | | | | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. IRA (MS▨ | | | | | | | | | |
| 132. MSDW Global Div. Growth Fund | A | Dividend | | | Sold | 07/29/09 | J | A | |
| 133. MSDW U.S. Govn't Securities | A | Dividend | K | T | | | | | |
| 134. MSDW Div. Growth | A | Dividend | | | Sold | 07/29/09 | J | A | |
| 135. Liquid Asset Fund | A | Dividend | J | T | | | | | |
| 136. Amex S&P 500 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. I Shares MSCI-EAFE | A | Dividend | J | T | | | | | |
| 138. I Shares Russell 1000 Gr. | A | Dividend | J | T | | | | | |
| 139. I Shares Russell 1000 Val. | A | Dividend | J | T | | | | | |
| 140. I Shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 141. Pimco Total Return | A | Dividend | K | T | | | | | |
| 142. I Shares MSCI Emer. Mkt. | A | Dividend | J | T | | | | | |
| 143. S&P No. Amer. NR | A | Dividend | J | T | | | | | |
| 144. I Shares Barclays Tips (Note 1). | A | Dividend | J | T | | | | | |
| 145. Vanguard Consumer St. | A | Dividend | J | T | | | | | |
| 146. iShares Barclays Agg. Bd. Fd. (Note 1) | A | Dividend | J | T | | | | | |
| 147. iShares Barclays 3-8 Yr. Treas. | A | Dividend | J | T | Buy | 07/31/09 | J | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. IRA-Fidelity (GP) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fidelity Cash Reserves & MM | A | Dividend | M | T | Buy | 04/15/09 | L | | |
| 155. Fidelity Real Estate | A | Dividend | | | Sold | 10/14/09 | K | A | |
| 156. JP Morgan RE | A | Dividend | | | Sold | 10/14/09 | J | A | |
| 157. Wilshire Lg. Gr. | A | Dividend | L | T | Sold (part) | 08/04/09 | J | A | |
| 158. Harbor Int'l | A | Dividend | L | T | Sold (part) | 1/28/09 | J | A | |
| 159. I Shares Russell 1000 Val. | A | Dividend | K | T | Sold (part) | 12/24/09 | K | A | |
| 160. Pimco Emerg. Mkts. Bd. | C | Dividend | K | T | | | | | |
| 161. T. Rowe Price Int'l Bd. | B | Dividend | L | T | Sold (part) | 9/10/09 | L | A | |
| 162. Vanguard Explorer | A | Dividend | J | T | Sold (part) | 12/24/09 | K | A | |
| 163. I Shares Russell 200 Val. | A | Dividend | K | T | Sold (part) | 12/24/09 | K | A | |
| 164. I Shares Barclays US TIPS | B | Dividend | L | T | | | | | |
| 165. Ishs DJ Div. Index | A | Dividend | K | T | Sold (part) | 12/24/09 | J | A | |
| 166. Ishs Barclays US Agg. Bd. Fd. (Note 5) | D | Dividend | M | T | | | | | |
| 167. Brandywine Blue | A | Dividend | J | T | | | | | |
| 168. Harbor Bond Inst. | C | Dividend | L | T | | | | | |
| 169. Loomis Sayles Bond | D | Dividend | M | T | | | | | |
| 170. iShares GCSI Comm. Idx. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. iShares MSCI Emer. Mkt. | A | Dividend | K | T | | | | | |
| 172. iShares Russ 1000 Gr. | A | Dividend | J | T | | | | | |
| 173. Lazard Emer. Mkt. | A | Dividend | K | T | | | | | |
| 174. GE Bank CD | A | Interest | | | Sold | 06/30/09 | L | A | |
| 175. BMW Bank CD | A | Interest | L | T | | | | | |
| 176. US T. Note | | None | K | T | Buy | 07/30/09 | K | | |
| 177. US Tips | A | Interest | L | T | Buy | 03/04/09 | L | | |
| 178. Nat'l Bank Sumpter SC | A | Dividend | | | Buy | 04/27/09 | L | | |
| 179. | | | | | Sold | 10/29/09 | L | A | |
| 180. US Treas Strips | | None | L | T | Buy | 07/30/09 | L | | |
| 181. GMAC Bank CD | A | Dividend | | | Buy | 01/07/09 | L | | |
| 182. | | | | | Sold | 04/09/09 | L | A | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | | | | | |
| 189.  AS&E PS Acct. (CB) (Note 6) | | | | | | | | | |
| 190.  SunTrust Stable Asset Fund | | | K | T | | | | | |
| 191.  Pimco Total Return | | | M | T | | | | | |
| 192.  Lazard Emer. Mkt. | | | K | T | | | | | |
| 193.  Artisan Int'l | | | K | T | | | | | |
| 194.  Vanguard 500 Index | | | L | T | | | | | |
| 195.  Allianz Div. Val. | | | K | T | | | | | |
| 196.  Alliance Bernstein Intern'l | | | K | T | | | | | |
| 197.  Amer. Century | | | K | T | | | | | |
| 198.  Ridgeworth Sm. Cap. | | | K | T | | | | | |
| 199.  Pimco Real Return | | | L | T | Buy | 07/31/09 | L | | |
| 200. | | | | | | | | | |
| 201. | | | | | | | | | |
| 202. | | | | | | | | | |
| 203. | | | | | | | | | |
| 204. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. Fidelity (JT) | | | | | | | | | |
| 206. Fidelity U.S. Gov't Reserves (Cash) & MM | A | Dividend | M | T | | | | | |
| 207. SEI Sm. Cap. Gr. | A | Dividend | J | T | | | | | |
| 208. I Shares Russell 1000 Val | A | Dividend | K | T | | | | | |
| 209. I Shares Russell 1000 Gr. | A | Dividend | K | T | | | | | |
| 210. Royce Low Price | A | Dividend | J | T | | | | | |
| 211. Fidelity R.E. | A | Dividend | | | Sold | 10/30/09 | J | A | |
| 212. Harbor Int'l | A | Dividend | K | T | | | | | |
| 213. I Shares Cohen & Steers | A | Dividend | | | Sold | 10/14/09 | J | A | |
| 214. Pimco Emer. Mkt. Bd. | A | Dividend | K | T | | | | | |
| 215. T. Rowe Price Int'l Bd. | A | Dividend | K | T | | | | | |
| 216. I Shares TIP Bd. | A | Dividend | K | T | | | | | |
| 217. iShares MSCI Emer. Mkt. | A | Dividend | J | T | | | | | |
| 218. Tampa Hillsborough Expy. | A | Interest | K | T | | | | | |
| 219. Dodge & Cox Intem'l | A | Dividend | K | T | | | | | |
| 220. Fidelity Tax Free Bd. | B | Interest | L | T | | | | | |
| 221. Loomis Sayles Bd. | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. iShares Russell 2000 Val. | A | Dividend | J | T | | | | | |
| 223. I Shares DJ Sel. | A | Dividend | | | Sold | 12/14/09 | J | A | |
| 224. Power Shares | A | Dividend | J | T | | | | | |
| 225. Brandywine Blue | A | Dividend | K | T | | | | | |
| 226. SEI High Yield | A | Dividend | J | T | | | | | |
| 227. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 228. iShares Russ. 2000 | A | Dividend | J | T | | | | | |
| 229. iShares GSCI Commod. | A | Dividend | K | T | | | | | |
| 230. Harbor Bond Inst. | A | Dividend | K | T | | | | | |
| 231. | A | Dividend | K | T | | | | | |
| 232. GMAC Bank CD | A | Interest | | | Buy | 01/07/09 | K | | |
| 233. | | | | | Sold | 07/09/09 | K | A | |
| 234. Morgan Stanley Bk. CD | A | Interest | K | T | Buy | 01/07/09 | K | | |
| 235. GE CAP CD | A | Interest | | | Buy | 01/08/09 | K | | |
| 236. | | | | | Sold | 04/09/09 | K | A | |
| 237. Union Fed. Bk. CD | A | Interest | | | Buy | 04/23/09 | K | | |
| 238. | | | | | Sold | 10/29/09 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. US Treas. Note | A | Interest | K | T | Buy | 07/30/09 | K | | |
| 240. US Treas. Note | A | Interest | K | T | Buy | 08/03/09 | K | | |
| 241. Vanguard Div. Gr. | A | Dividend | J | T | Buy | 12/15/09 | J | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. W&M IRA | | | | | | | | | |
| 248. Ishrs TIP | A | Dividend | J | T | | | | | |
| 249. Ishrs Russell 1000 Val. | A | Dividend | J | T | Sold<br>(part) | 08/04/09 | J | A | |
| 250. Ishrs Russell 2000 Val. | A | Dividend | J | T | Sold<br>(part) | 08/04/09 | J | A | |
| 251. Harbor Bond | A | Dividend | K | T | | | | | |
| 252. Harbor Int'l | A | Dividend | J | T | Sold<br>(part) | 08/04/09 | J | A | |
| 253. JP Morgan RE | A | Dividend | | | Sold | 08/04/09 | J | A | |
| 254. Pimco Emer. Mkt. | A | Dividend | J | T | | | | | |
| 255. Pimco Commod. Real. | A | Dividend | | | Sold | 08/04/09 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. T. Rowe Price Int'l Bd. | A | Dividend | J | T | Sold (part) | 08/04/09 | J | A | |
| 257. Vanguard Exp. | A | Dividend | J | T | | | | | |
| 258. Wilshire Lg. Gr. | A | Dividend | | | Sold | 08/04/09 | J | A | |
| 259. Fidelity Cash Res. | A | Dividend | J | T | | | | | |
| 260. Lazard Emer. Mkt. | A | Dividend | J | T | | | | | |
| 261. Loomis Sayles Bd. | A | Dividend | J | T | | | | | |
| 262. Pimco Total Return | A | Dividend | J | T | Buy | 08/04/09 | J | | |
| 263. iShares Barclay's US Agg. Bd. Fd. | A | Dividend | J | T | Buy | 8/4/09 | J | | |
| 264. | | | | | | | | | |
| 265. | | | | | | | | | |
| 266. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Presnell, Gregory A. | 4/30/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes:

1. Name Change.

2. Mistake on 2008 report.

3. Name Change 10/30/09.

4. Omitted from 2008 report.

5. Misnamed on 2008 report.

6. Employee-managed account. Contributions reported quarterly. No information received regarding income, gains or losses.

| Name of Person Reporting | Date of Report |
|---|---|
| Presnell, Gregory A. | 4/30/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544